No. 78–395.  TERRY ET UX. *v.* KLAMATH PRODUCTION CREDIT ASSN.  Ct. App. Cal., 3d App. Dist.  Certiorari denied.

No. 78–5006.  OLSON *v.* UNITED STATES.  C. A. 8th Cir. Certiorari denied.

No. 78–5028.  BRAGER *v.* UNITED STATES.  C. A. 5th Cir. Certiorari denied.

No. 78–5047.  JOHNSON *v.* UNITED STATES.  C. A. 6th Cir. Certiorari denied.

No. 78–5067.  JONES *v.* UNITED STATES.  C. A. 2d Cir. Certiorari denied.

No. 78–5076.  SELF *v.* UNITED STATES.  C. A. 6th Cir. Certiorari denied.

No. 78–5084.  LOUDERMAN *v.* UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 78–5087.  THOMPSON *v.* UNITED STATES.  C. A. 10th Cir.  Certiorari denied.

No. 78–5093.  POLETO *v.* UNITED STATES.  C. A. 3d Cir. Certiorari denied.

No. 78–5095.  POPEJOY *v.* UNITED STATES  C. A. 10th Cir. Certiorari denied.

No. 78–5113.  YOUNG *v.* UNITED STATES.  C. A. 6th Cir. Certiorari denied.

No. 78–5128.  LEE *v.* UNITED STATES.  C. A. 6th Cir.  Certiorari denied.

No. 78–5136.  ABBOTT *v.* UNITED STATES.  C. A. 10th Cir. Certiorari denied.

No. 78–5141.  McGINNIS *v.* UNITED STATES; and
No. 78–5171.  MIROYAN *v.* UNITED STATES.  C. A. 9th Cir. Certiorari denied.  Reported below: 577 F. 2d 489.